# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Bituminous Casualty Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION TO** |
| | ) | **EXTEND TIME TO RESPOND TO** |
| vs. | ) | **COMPLAINT** |
| | ) | |
| Oasis Petroleum North America LLC and St. Paul Fire & Marine Insurance Company, | ) ) ) | Case No.: 4:12-cv-167 |
| | ) | |
| Defendants. | ) ) | |

Before the court is a "Stipulation to Extend Time to Respond to Complaint" filed January 28, 2013. The court **ADOPTS** the stipulation (Docket No. 9) and **ORDERS** that Defendants Oasis Petroleum North America LLC and St. Paul Fire & Marine Insurance Company shall have until February 15, 2013 to file an answer or otherwise respond to plaintiff's complaint.

Dated this 31st day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court