# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Bituminous Casualty Corporation,     )<br>                                                          )<br>           Plaintiff,                              )<br>                                                          )<br>vs.                                                   )<br>                                                          )<br>Oasis Petroleum North America LLC and   )<br>St. Paul Fire & Marine Insurance Company, )<br>                                                          )<br>           Defendants.                         ) | **ORDER ADOPTING AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Case No.  4:12-cv-167 |

Before the court is an "Amended Stipulation to Extend Time to Respond to Complaint " filed February 13, 2013.  The court **ADOPTS** the stipulation (Docket No. 11) and **ORDERS** that Defendants Oasis Petroleum North America LLC and St. Paul Fire & Marine Insurance Company shall have until June 12, 2013, to file an answer or otherwise respond to plaintiff's complaint.

Dated this 14th day of February, 2013.

                                                            */s/ Charles S. Miller, Jr.*
                                                            Charles S. Miller, Jr., Magistrate Judge
                                                            United States District Court